1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

16
17  CALIPER LIFE SCIENCES, INC., and )  Civil Action No.  4:10-cv-02079-PJH
    XENOGEN CORPORATION             )
18  and                             )
                                    )
19  THE BOARD OF TRUSTEES OF THE    )  **[PROPOSED] ORDER GRANTING
    LELAND STANFORD JUNIOR UNIVERSITY)  STIPULATED REQUEST FOR
20                                  )  ORDER EXTENDING TIME FOR
        Plaintiffs and Counterclaim Defendants, )  SERVICE OF INITIAL
21                                  )  CONTENTIONS AND DISCLOSURES**
22      v.                          )
                                    )
23  CARESTREAM HEALTH, INC.,        )
                                    )
24          Defendant.              )
25
26
27
28

Case No. C 10-02079 BZ
[PROPOSED] ORDER

DM_US:23492944_1

Having considered the Parties' Stipulated Request For Order Extending Time For Service Of Initial Contentions And Disclosures in *Caliper Life Sciences, Inc. and Xenogen Corp. and The Board of Trustees of the Leland Stanford Junior University v. Carestream Health, Inc.*, C.A. No. 2:06-cv-440, the Court hereby GRANTS the schedule modifications stipulated to by the parties.

The case schedule is modified as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Infringement Contentions (Patent L.R. 3-1) | October 14, 2010 | October 18, 2010 |
| Disclosure Production (Patent L.R. 3-2) | October 14, 2010 | October 21, 2010 |
| Invalidity Contentions (Patent L.R. 3-3) | November 29, 2010 | December 3, 2010 |
| Disclosure Production (Patent L.R. 3-4) | November 29, 2010 | December 6, 2010 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/20/10

_____
HONORABLE PHYLLIS J. HAMILTON
United States

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Case No. C 10-02079 BZ
[PROPOSED] ORDER

2

DM_US:23492944_1