```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                          IN THE UNITED STATES DISTRICT COURT
14                            NORTHERN DISTRICT OF CALIFORNIA
15                                      OAKLAND DIVISION
16
17  CALIPER LIFE SCIENCES, INC., and      )   Civil Action No.  4:10-cv-02079-PJH
    XENOGEN CORPORATION                   )
18                                        )
    and                                   )
19                                        )
    THE BOARD OF TRUSTEES OF THE          )   [PROPOSED] ORDER GRANTING
20  LELAND STANFORD JUNIOR UNIVERSITY     )   STIPULATED REQUEST FOR
                                          )   ORDER EXTENDING TIME TO FILE
21         Plaintiffs and Counterclaim    )   JOINT CLAIM CONSTRUCTION
           Defendants,                    )   STATEMENT (PATENT L.R. 4-3)
22                                        )
           v.                             )
23                                        )
    CARESTREAM HEALTH, INC.,              )
24                                        )
           Defendant.                     )
25
26
27
28
```

Civil Action No. 4:10-cv-02079-PJH
[PROPOSED] ORDER

DM_US:23609646_1

Having considered the Parties' Stipulated Request For Order Extending Time To File the Joint Claim Construction Statement in *Caliper Life Sciences, Inc. and Xenogen Corp. and The Board of Trustees of the Leland Stanford Junior University v. Carestream Health, Inc.*, C.A. No. 2:06-cv-440, the Court hereby GRANTS the schedule modification stipulated to by the parties.

The case schedule is modified as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Joint Claim Construction Statement (L.R. 4-3) | January 28, 2011 | February 2, 2011 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/28/11__



_____
HONORABLE PHYLLIS J. HAMILTON
United States

Civil Action No. 4:10-cv-02079-PJH
[PROPOSED] ORDER                                    2

DM_US:23609646_1