1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CALIPER LIFE SCIENCES, INC., and XENOGEN CORPORATION<br><br>and<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY<br><br>                              Plaintiffs,<br>v.<br><br>CARESTREAM HEALTH, INC.<br><br>                              Defendant. | Civil Action No.: 4:10-cv-02079-PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE CLAIM CONSTRUCTION BRIEFS (PATENT L.R. 4-5)** |

Civil Action No. 4:10-cv-02079-PJH
[PROPOSED] ORDER

Having considered the Parties' Stipulated Request For Order Extending Time To File Claim Construction Briefs in *Caliper Life Sciences, Inc. and Xenogen Corp. and The Board of Trustees of the Leland Stanford Junior University v. Carestream Health, Inc.*, C.A. No. 4:10-cv-02079, the Court hereby GRANTS the schedule modification stipulated to by the parties.

The case schedule is modified as follows:

| Event | Current Date | Extended Date |
|---|---|---|
| Plaintiffs' Opening Claim Construction Brief | March 21, 2011 | April 22, 2011 |
| Carestream's Opposing Claim Construction Brief | April 11, 2011 | May 13, 2011 |
| Plaintiffs' Reply Claim Construction Brief | April 18, 2011 | May 20, 2011 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/16/11

HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 2 -

Civil Action No. 4:10-cv-02079-PJH
[PROPOSED] ORDER