**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CALIPER LIFE SCIENCES, INC., et al.,

    Plaintiffs,

    v.

CARESTREAM HEALTH, INC.,

    Defendant.

_____/

No. C 10-2079 PJH

**ORDER CONTINUING HEARING DATE**

    PLEASE TAKE NOTICE that the date for the hearing on the motion for an order construing claims has been CONTINUED, from Wednesday, June 22, 2011, to Wednesday, July 20, 2011, at 9:00 a.m.; and that the date for the patent tutorial, previously set for June 3, 2011, has been CONTINUED to Friday, July 8, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 23, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge