**STERNE, KESSLER, GOLDSTEIN & FOX, PLLC**
Mark Fox Evens (*pro hac vice*)
Eldora L. Ellison (*pro hac vice*)
Byron L. Pickard (*pro hac vice*)
Deborah A. Sterling (*pro hac vice*)
Dennies Varughese (*pro hac vice*)
1100 New York Avenue
Washington, D.C. 20005
Telephone: 202.371.2600
Facsimile: 202.371.2540
Email: mevens@skgf.com
Email: eellison@skgf.com
Email: bpickard@skgf.com
Email: dsterlin@skgf.com
Email: dvarughe@skgf.com

*Attorneys for Plaintiffs and Counterclaim Defendants Caliper Life Sciences, Inc. and Xenogen Corporation*

**FENWICK & WEST LLP**
Teresa Corbin (SBN 132360)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2303
Facsimile: 415.281.1350
Email: tcorbin@fenwick.com

*Attorney for Plaintiffs and Counterclaim Defendants Caliper Life Sciences, Inc., Xenogen Corporation and The Board of Trustees of the Leland Stanford Junior University*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CALIPER LIFE SCIENCES, INC., and XENOGEN CORPORATION,<br><br>and<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY<br><br>                    Plaintiffs,<br>v.<br><br>CARESTREAM HEALTH, INC.,<br><br>                    Defendant. | Civil Action No.: 4:10-cv-02079-PJH<br><br>**[~~PROPOSED~~] ORDER PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM** |

**IT IS HEREBY ORDERED** that on Friday, July 8, 2011, Plaintiffs and Counterdefendants Caliper Life Sciences, Inc. and Xenogen Corporation ("Plaintiffs") will be allowed to bring the following equipment into the Federal Courthouse located at 1301 Clay Street, Oakland, California, and set up in the courtroom of the Honorable Phyllis J. Hamilton:

**Equipment:**

1. One 5000 Lumens LCD Projector
2. One 84" x 84" Projection Screen
3. Two projection tables
4. One or more 50' VGA cables (Computer to Projector)
5. Two or more 2 – 25' extension cords
6. One or more laptop computers
7. One or more desktop computers
8. One or more power strips
9. One A/B switch

Court staff, including assistant U.S. Marshals on duty at the time, is directed to allow and take such steps as are reasonably necessary to facilitate the foregoing activity.

**IT IS HEREBY ORDERED** that Plaintiffs' representatives from Sterne Kessler Goldstein & Fox PLLC, Fenwick & West LLP, and/or U.S. Legal Support, Inc. will be allowed to enter the courtroom on Friday, July 8, 2011 at 8:30 a.m. to assemble the aforementioned equipment in advance of the tutorial.

**IT IS SO ORDERED.**

Dated: 7/6/11

By: _____
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*