| | |
|---|---|
| **STERNE, KESSLER, GOLDSTEIN & FOX, PLLC** <br> Mark Fox Evens (*pro hac vice*) <br> Eldora L. Ellison (*pro hac vice*) <br> Byron L. Pickard (*pro hac vice*) <br> Deborah A. Sterling (*pro hac vice*) <br> Dennies Varughese (*pro hac vice*) <br> 1100 New York Avenue <br> Washington, D.C. 20005 <br> Telephone: 202.371.2600 <br> Facsimile: 202.371.2540 <br> Email: mevens@skgf.com <br> Email: eellison@skgf.com <br> Email: bpickard@skgf.com <br> Email: dsterlin@skgf.com <br> Email: dvarughe@skgf.com <br> *Attorneys for Plaintiffs and Counterclaim Defendants Caliper Life Sciences, Inc. and Xenogen Corporation* | **FENWICK & WEST LLP** <br> Teresa M. Corbin (SBN 132360) <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.875.2303 <br> Facsimile: 415.281.1350 <br> Email: tcorbin@fenwick.com <br><br> *Attorney for Plaintiffs and Counterclaim Defendants Caliper Life Sciences, Inc., Xenogen Corporation and The Board of Trustees of the Leland Stanford Junior University* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CALIPER LIFE SCIENCES, INC., and XENOGEN CORPORATION <br><br> and <br><br> THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY <br><br> Plaintiffs, <br><br> v. <br><br> CARESTREAM HEALTH, INC. <br><br> Defendant. | Civil Action No.: 4:10-cv-02079-PJH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE *REFORMATTED* CLAIM CONSTRUCTION BRIEFS** |

# NOTICE OF STIPULATED REQUEST FOR ORDER EXTENDING TIME

Plaintiffs and Counterclaim Defendants Caliper Life Sciences, Inc. and Xenogen Corporation ("Caliper"), and The Board of Trustees of the Leland Stanford Junior University ("Stanford") hereby bring this Stipulated Request, pursuant to Civil L.R. 6-2, for an order extending the deadline for filing the Reformatted Claim Construction Briefs. Defendant Carestream Health, Inc. stipulates to the revised deadlines set forth herein. A proposed order is included herein.

## MEMORANDUM

The Parties respectfully request that the Court modify the current deadline set forth in the Court's Order Vacating hearing Date (ECF No. 89) to allow for a brief extension of time to file their respective Reformatted Claim Construction Briefs. The Parties would like the additional time in order to exchange briefs so that they can revise the cross reference citations to the opposing parties' briefs in their moving papers. The Court's order specifies that the filing will take place Friday, July 15, 2011. The parties request an extension of time to file until Monday, July 18. The Parties do not foresee that the extension requested herein will affect any other deadlines or schedules.

Based on the foregoing, the Parties respectfully request entry of an order modifying the deadline for filing the Reformatted Claim Construction Briefs as set forth and stipulated herein.

DATED: July 15, 2011

Caliper Life Sciences, Inc.,
Xenogen Corporation, and
The Board of Trustees of the Leland Stanford Junior University

By their attorneys,

/s/ Teresa M. Corbin
**FENWICK & WEST LLP**
Teresa M. Corbin (132360)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2303
Facsimile:  415.281.1350
Email: tcorbin@fenwick.com
*Attorney for Plaintiffs and Counterclaim Defendants Caliper Life Sciences, Inc., Xenogen Corporation and The Board of Trustees of the Leland Stanford Junior University*

| | |
|---|---|
| 1 | /s/ Mark Fox Evens |
| 2 | **STERNE, KESSLER, GOLDSTEIN & FOX, PLLC** |
| 3 | Mark Fox Evens (*pro hac vice*) |
|   | Eldora L. Ellison (*pro hac vice*) |
| 4 | Byron L. Pickard (*pro hac vice*) |
|   | Deborah A. Sterling (*pro hac vice*) |
| 5 | Dennies Varughese (*pro hac vice*) |
|   | 1100 New York Avenue |
| 6 | Washington, D.C. 20005 |
|   | Telephone: 202.371.2600 |
| 7 | Facsimile: 202.371.2540 |
| 8 | Email: mevens@skgf.com |
|   | Email: eellison@skgf.com |
| 9 | Email: bpickard@skgf.com |
|   | Email: dsterlin@skgf.com |
| 10 | Email: dvarughe@skgf.com |
| 11 | *Attorneys for Plaintiffs and Counterclaim Defendants Caliper Life Sciences, Inc. and Xenogen Corporation* |

Having considered the Parties' Stipulated Request For Order Extending Time To File Reformatted Claim Construction Briefs, the Court hereby GRANTS the schedule modification stipulated to by the parties.

The case schedule is modified as follows: The Reformatted Briefs shall be filed no later than July 18, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/18/11

HONORABLE PHYLLIS J. HAMILTON
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*